UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                        Case No.:    15-29855-SLM

Mercuria Valestra Resare

                                                              Adv. No.:    _____

                                                              Judge:    Stacey L. Meisel

Debtor (s),

_____           Chapter:    _____13_____


## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Stacey L. Meisel_____, United States Bankruptcy Judge.

**Reason for Hearing:**    Debtor's Certification in Opposition to
                           Trustee's Certification of Default
                           _____

**Location of Hearing:**    Courtroom No.  3A
                            MLK, JR Building
                            50 Walnut Street 3rd fl.
                            Newark, NJ 07102

**Date and Time:**    September 14, 2016 at 9:00am                ,
                      or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    __✔__ ARE REQUIRED        _____ ARE NOT REQUIRED


DATED:    August 16, 2016                    JAMES J. WALDRON, Clerk


### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  August 16, 2016    the foregoing notice was served on the following:    Debtor, Debtor's Attorney, Trustee and Trustee's Attorney




JAMES J. WALDRON, Clerk


*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Mercuria Valestra Resare  
      Debtor

Case No. 15-29855-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 16, 2016  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.  
db          +Mercuria Valestra Resare,   268 7th Street,   Jersey City, NJ 07302-1902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:  
       Adolfo S. De Martinis    on behalf of Debtor Mercuria Valestra Resare adolfos@demartinislaw.com, G29645@notify.cincompass.com  
       Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@buckleymadole.com  
                                                            TOTAL: 4