| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 15, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN RE:<br><br>    MERCURIA VALESTRA RESARE | Case No.:  15-29855 SLM<br><br>Hearing Date:  9/14/2016 |

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 15, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): MERCURIA VALESTRA RESARE

Case No.: 15-29855

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/14/2016 on notice to ADOLFO S. DE MARTINIS, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file Motion to Approve Loan Modification Nunc Pro Tunc by 9/19/2016 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Motion to Approve Loan Modification Nunc Pro Tunc has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.