UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Mercuria Valestra Resare

Debtor

Case No.: _____15-29855-SLM_____

Chapter: _____7_____

Judge: _____Meisel_____

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: __Adolfo S. De Martinis_____

This will confirm that on _____9/28/16_____ the following document(s) was filed by you.

    ☒    Amendment to Schedule(s) ___I,J_____,

    ☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

    ☐    A Declaration About an Individual Debtor's Schedules

    ☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information if necessary

    ☐    Declaration Under Penalty of Perjury for Non-Individual Debtors

    ☐    An updated Summary of Assets and Liabilities for Non-Individuals if necessary

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: __10/4/16_____          James J. Waldron, Clerk

*new.12.1.15*

United States Bankruptcy Court
District of New Jersey

In re:  
Mercuria Valestra Resare  
      Debtor

Case No. 15-29855-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 04, 2016  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.  
db          +Mercuria Valestra Resare,    268 7th Street,    Jersey City, NJ 07302-1902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:  
       Adolfo S. De Martinis    on behalf of Debtor Mercuria Valestra Resare adolfos@demartinislaw.com, G29645@notify.cincompass.com  
       Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@buckleymadole.com  
       Nicholas J. Delzotti    nick9151@aol.com, NJ58@ecfcbis.com  
                                                                                             TOTAL: 5