## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:                                  Case No.:  15-29855 _____

RESARE, MERCURIA VALESTRA               Chapter:  7 -- Liquidation _____

                                        Judge:   STACEY L. MEISEL _____

---

### NOTICE OF PROPOSED ABANDONMENT

 Nicholas J. Delzotti _____ , Trustee _____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable  STACEY L. MEISEL _____

on  11/29/2016 _____ at  10:00 ____ a.m. at the United States Bankruptcy Court, Courtroom no.

 3A _____ . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 266 7th Street<br>Jersey City, NJ  07302<br>Property has a fair market value of $350,000.00 per<br>John Mack Appraisal |
|---|---|

| Liens on property: | Mortgage is held by<br>Nationstar Mortgage<br>with a balance of<br>$353,000.00<br>With the cost of sale the Trustee believes this property has no<br>value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:      Nicholas J. Delzotti _____

Address:     PO Box, 20117, Newark, NJ 07102 _____

Telephone  No.:   (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com _____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-29855-SLM
Mercuria Valestra Resare                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Oct 28, 2016
                             Form ID: pdf905          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db              +Mercuria Valestra Resare,   268 7th Street,   Jersey City, NJ 07302-1902
515845082        American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515807140       +Hudson County Sheriff,   595 Newark Avenue,   Jersey Ity, NJ 07306-2394
515807141       +Milstead & Associates, LLC,   1 E. Stow Road,   Marlton, NJ 08053-3118
515807142      ++NATIONSTAR MORTGAGE LLC,   PO Box 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX  75067)
516021184       +U.S. Bank National Association,Trustee (See 410),   c/o Nationstar Mortgage, LLC,
                 PO Box 619096,   Dallas, Texas 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +E-mail/Text: BNC@magtrustee.com Oct 28 2016 23:36:43   Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,   30 Two Bridges Rd,   Suite 330,   Fairfield, NJ 07004-1550
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 28 2016 23:35:50   U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 28 2016 23:35:46   United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                          TOTAL: 3


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516023104*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,   P.O. box 619096,   Dallas, TX 75261-9741)
516258832*      +U.S. Bank National Association, Trustee (See 410),   c/o Nationstar Mortgage LLC,
                 PO Box 619096,   Dallas, Texas 75261-9096
                                                                          TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
              Adolfo S. De Martinis   on behalf of Debtor Mercuria Valestra Resare adolfos@demartinislaw.com,
              G29645@notify.cincompass.com
              Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Marie-Ann Greenberg   magecf@magtrustee.com
              Melissa N. Licker   on behalf of Creditor   Nationstar Mortgage LLC
              NJ_ECF_Notices@buckleymadole.com
              Nicholas J. Delzotti   on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
              NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
                                                                          TOTAL: 6