UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: RESARE, MERCURIA VALESTRA

Case No.: 15-29855
Chapter: 7 -- Liquidation
Judge: STACEY L. MEISEL

## NOTICE OF PROPOSED ABANDONMENT

 Nicholas J. Delzotti , Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
James J. Waldron
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

If an objection is filed a hearing will be held before the Honorable STACEY L. MEISEL on 11/29/2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
268 7th Street
Jersey City, NJ  07302
Property has a fair market value of $345,000.00 per John Mack Appraisal

Liens on property:
Mortgage is held by
Nationstar Mortgage
with a balance of
$325,000.00
With the cost of sale and the exemption, the Trustee believes this property has no value to the estate.

Amount of equity claimed as exempt: $20,000.00

Objections must be served on, and requests for additional information directed to:

Name:      Nicholas J. Delzotti
Address:   PO Box, 20117, Newark, NJ 07102
Telephone No.:  (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-29855-SLM
Mercuria Valestra Resare                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1              Date Rcvd: Oct 28, 2016
                              Form ID: pdf905            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db             +Mercuria Valestra Resare,    268 7th Street,    Jersey City, NJ 07302-1902
515845082       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515807140      +Hudson County Sheriff,    595 Newark Avenue,    Jersey Ity, NJ 07306-2394
515807141      +Milstead & Associates, LLC,    1 E. Stow Road,   Marlton, NJ 08053-3118
515807142     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Drive,   Lewisville, TX  75067)
516021184      +U.S. Bank National Association,Trustee (See 410),    c/o Nationstar Mortgage, LLC,
                 PO Box 619096,   Dallas, Texas 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: BNC@magtrustee.com Oct 28 2016 23:36:42     Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,   30 Two Bridges Rd,   Suite 330,   Fairfield, NJ 07004-1550
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 28 2016 23:35:50     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 28 2016 23:35:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516023104*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   P.O. box 619096,   Dallas, TX 75261-9741)
516258832*     +U.S. Bank National Association, Trustee (See 410),    c/o Nationstar Mortgage LLC,
                 PO Box 619096,   Dallas, Texas 75261-9096
                                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
              Adolfo S. De Martinis    on behalf of Debtor Mercuria Valestra Resare adolfos@demartinislaw.com,
               G29645@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC
               NJ_ECF_Notices@buckleymadole.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com, NJ58@ecfcbis.com
                                                                                             TOTAL: 6